IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-145 M (MPT) |
| JODY CHUBBS, | ) |
| Defendant. | ) |
| | ) |

### MOTION TO SEAL

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to seal the Criminal Complaint filed against defendant Jody Chubbs on August 7, 2007 as well as the supporting affidavit, motion for arrest warrant, and arrest warrant, and the entire file against her, pending the arrest of the defendant, until further order of the Court.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: August 7, 2007

AND NOW, this __7__ day of __August__, 2007, upon the foregoing Motion, IT IS ORDERED that the above captioned file BE and hereby IS SEALED until further Order of the Court.

FILED
AUG 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07- 145 M (MPT) |
| JODY CHUBBS ) | |
| Defendant. ) | |
| ) | |

**MOTION AND ORDER FOR ARREST WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Jody Chubbs, as a result of the Criminal Complaint filed against her on August 7, 2007.

                                      COLM F. CONNOLLY
                                      United States Attorney

                                      By: _____
                                      Shannon T. Hanson
                                      Assistant United States Attorney

Dated: August 7, 2007

AND NOW, this __7__ day of __August__, 2007, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest of Jody Chubbs.

                                      _____
                                      Honorable Mary Pat Thynge
                                      United States Magistrate Judge

FILED

AUG 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE