

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

August 10, 2007

Mr. Ronald Golden
Clerk's Office
U.S. District Court
 for the District of Delaware
844 N. King Street
Lockbox 18
Wilmington, Delaware 19801

**Re: United States v. Jody Chubbs - Criminal Action No. 07-135MPT**

Dear Ron:

    Keith Kincaid left me a message yesterday asking that I send you a redacted version of the affidavit in support of the criminal complaint against Jody Chubbs. I am attaching hereto a copy thereof for use in filing the criminal complaint electronically via ECF. Please let me know if you have any questions.

                            Very truly yours,

                            COLM F. CONNOLLY
                            United States Attorney

By: _____
      Shannon Thee Hanson
      Assistant U.S. Attorney

Enclosure



FILED
AUG 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE