AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**Jody Chubbs**

**WARRANT FOR ARREST**

CASE NUMBER: 07- 145 M (MPT)

**To: The United States Marshal
and any Authorized United States Officer**

**YOU ARE HEREBY COMMANDED** to arrest Jody Chubbs when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

bank fraud

in violation of Title __18__ United States Code, Section (s) __1344__

**FILED
AUG 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE**

**Honorable Mary Pat Thynge**
Name of Issuing Officer

[signature]
Signature of Issuing Officer

**United States Magistrate Judge
District of Delaware**
Title of Issuing Officer

August 7, 2007    Wilmington, DE
Date and Location

**Bail fixed at $** _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 844 King St Wilm DE |

| DATE RECEIVED 8-7-07 | NAME AND TITLE OF ARRESTING OFFICER William David DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 8-8-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest